**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MARYLAND

Case number *(if known)* _____   Chapter   11

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Monster Investments, Inc |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 45-0603154 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 6026 Swanson Creek Lane<br>Hughesville, MD 20637 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Charles | **Location of principal assets, if different from principal place of business** |
| County | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   Monster Investments, Inc
     Name

Case number (*if known*) _____

---

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   5311

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

---

Debtor   Monster Investments, Inc
_____     Case number (*if known*) _____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | Relationship _____ | |
| District _____ When _____ | Case number, if known _____ | |

**11. Why is the case filed in *this district*?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
■ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

■ Other   Property was destroyed by fire 6/2021

**Where is the property?**   2400 Old Washington Rd.
Waldorf, MD, 20601-0000
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
■ Yes.   Insurance agency   The Hartford Insurance
         Contact name   Quinten
         Phone   _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds** .

Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor  Monster Investments, Inc
_____
Name                                                                              Case number (*if known*) _____

**16.  Estimated liabilities**

☐ $0 - $50,000                    ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000         ■ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million        ☐ $100,000,001 - $500 million    ☐ More than $50 billion

| Debtor | Monster Investments, Inc | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___October 19, 2021___
  MM / DD / YYYY

_X_ /s/ Donald Bernard _____
Signature of authorized representative of debtor

Donald Bernard _____
Printed name

Title ___President_____

**18. Signature of attorney**

_X_ /s/ Michael G. Wolff _____
Signature of attorney for debtor

Date ___October 19, 2021___
  MM / DD / YYYY

Michael G. Wolff 10269 _____
Printed name

Wolff & Orenstein, LLC _____
Firm name

15245 Shady Grove Road
North Lobby, Suite 465
Rockville, MD 20850 _____
Number, Street, City, State & ZIP Code

Contact phone ___301-250-7232___    Email address ___mwolff@wolawgroup.com___

10269 MD _____
Bar number and State

**Fill in this information to identify the case:**

Debtor name    Monster Investments, Inc

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    October 19, 2021      **X** /s/ Donald Bernard
                                      Signature of individual signing on behalf of debtor

                                      Donald Bernard
                                      Printed name

                                      President
                                      Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Monster Investments, Inc |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| NHN Properties, LLC PO Box 45122 Westlake, OH 44145 | | 6027 Swanson Creek Ln., Hughesville, MD 20637 | Contingent Unliquidated Disputed | $5,308,583.33 | $565,400.00 | $4,743,183.33 |
| iFundCities 448 N 10th Street Suite 402 Philadelphia, PA 19123 | | Commercial Loan | | | | $4,000,000.00 |
| Washington Capital Partners 2815 Hartland Road Suite 200 Falls Church, VA 22043 | | 7, 8, 14, 16, 18, 19, 27, 28, and 30 Shelton Court, Indian Head, MD 20640 | Contingent Unliquidated Disputed | $1,800,000.00 | $175,721.07 | $1,624,278.93 |
| Broadmark Realty Capital 309 E Paces Ferry Rd NE Suite 400 Atlanta, GA 30305 | | 2380 and 2400 Old Washington Rd., Waldorf, MD 20601 | Contingent Unliquidated Disputed | $2,500,000.00 | $1,308,000.00 | $1,192,000.00 |
| Prestare, LLC 21380 Lorain Rd. Ste. 201 Fairview Park, OH 44126 | | | Contingent Unliquidated Disputed | $750,000.00 | $0.00 | $750,000.00 |
| Toyota Financial Services Asset Protection Department PO Box 2958 Torrance, CA 90509-2958 | | 2018 Toyota Tundra | | $52,000.00 | $42,000.00 | $10,000.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

---

**Fill in this information to identify the case:**

Debtor name    Monster Investments, Inc

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number (if known) _____

☐ Check if this is an amended filing

---

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | **Summary of Assets** |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from *Schedule A/B*................................................................................    $     9,954,348.10

    1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*.............................................................................    $     64,500.00

    1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*................................................................................    $     10,018,848.10

| Part 2: | **Summary of Liabilities** |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................    $     12,529,878.39

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................    $     0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................    +$     4,000,000.00

4.   **Total liabilities** ....................................................................................................................
    Lines 2 + 3a + 3b      $     16,529,878.39

---

**Fill in this information to identify the case:**

Debtor name _Monster Investments, Inc_

United States Bankruptcy Court for the: _DISTRICT OF MARYLAND_

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2. **Cash on hand** | $3,200.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Capital One Bank | Checking | 3417 | $19,300.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**     $22,500.00
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

### Part 4: Investments

**13. Does the debtor own any investments?**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    Monster Investments, Inc
_____
          Name

Case number *(If known)* _____

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:**    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   2018 Toyota Tundra | $0.00 | | $42,000.00 |

**48.**    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.**    **Aircraft and accessories**

**50.**    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**51.**    **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| |
|---|
| $42,000.00 |

**52.**    **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53.**    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:**    **Real property**

Debtor    Monster Investments, Inc        Case number *(If known)* _____

      Name

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   7 Shelton Court, Indian Head, MD 20640 | Fee simple | Unknown | | $175,721.07 |
| 55.2.   8 Shelton Court, Indian Head, MD 20640 | Fee simple | Unknown | | $175,767.79 |
| 55.3.   14 Shelton Court, Indian Head, MD 20640 | Fee simple | Unknown | | $175,859.81 |
| 55.4.   16 Shelton Court, Indian Head, MD 20640 | Fee simple | Unknown | | $175,821.68 |
| 55.5.   18 Shelton Court, Indian Head, MD 20640 | Fee simple | Unknown | | $175,692.08 |
| 55.6.   19 Shelton Court, Indian Head, MD 20640 | Fee simple | Unknown | | $175,727.28 |
| 55.7.   27 Shelton Court, Indian Head, MD 20640 | Fee simple | Unknown | | $175,805.95 |
| 55.8.   28 Shelton Court, Indian Head, MD 20640 | Fee simple | Unknown | | $175,678.65 |
| 55.9.   30 Shelton Court, Indian Head, MD 20640 | Fee simple | Unknown | | $175,737.09 |
| 55.10.   953 Chandler Court, Waldorf MD, 20602 | Fee simple | Unknown | | $300,000.00 |

| Debtor | Monster Investments, Inc | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 55.11· | 3057 Huntington Circle, Waldorf, MD 20602 | Fee simple | Unknown | $230,000.00 |
| 55.12· | 3781 Red Berry Drive, Pt. Republic, MD 20676 | Fee simple | Unknown | $385,000.00 |
| 55.13· | 6024 Swanson Creek, Hughesville, MD 20637 | Fee simple | Unknown | $435,000.00 |
| 55.14· | 8537 Sunset Lane, Broomes Island, MD 20615 | Fee simple | Unknown | $470,000.00 |
| 55.15· | 27290 Three Notch Road, Mechanicsville, MD 20659 | Fee simple | Unknown | $435,000.00 |
| 55.16· | 37560 Charlotte Hall School Rd., Charlotte Hall, MD 20622 | Fee simple | Unknown | $415,000.00 |
| 55.17· | 40362 Dockser Drive, Mechanicsville, MD 20659 | Fee simple | Unknown | $670,000.00 |
| 55.18· | 45016 Graves Road, Hollywood, MD 20636 | Fee simple | Unknown | $380,000.00 |
| 55.19· | 27857 Budds Creek Rd., Mechanicsville, MD 20659 | Fee simple | Unknown | $135,500.00 |
| 55.20· | 29823 Hillview Drive, Mechanicsville, MD 20659 | Fee simple | Unknown | $179,736.70 |
| 55.21· | 36029 Center Ave., Chaptico, MD 20621 | Fee simple | Unknown | $104,100.00 |
| 55.22· | 6026 Swanson Creek Ln., Hughesville, MD 20637 | Fee simple | Unknown | $646,300.00 |
| 55.23· | 6027 Swanson Creek Ln., Hughesville, MD 20637 | Fee simple | Unknown | $565,400.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com  

Debtor    Monster Investments, Inc                                Case number *(If known)*
_____
Name

| | | | | |
|---|---|---|---|---|
| 55.24 · | 2380 Old Washington Rd., Waldorf, MD 20601 | Fee simple | Unknown | $1,308,000.00 |
| 55.25 · | 2400 Old Washington Rd., Waldorf, MD 20601 | Fee simple | Unknown | Unknown |
| 55.26 · | 12095 Hintze Pl., Waldorf, MD 20601 | Fee simple | Unknown | $338,200.00 |
| 55.27 · | 44721 Emma Ln., Hollywood, MD 20636 | Fee simple | Unknown | $301,300.00 |
| 55.28 · | 1456 Atlantic Breeze Way, Ponte Vedra, FL 32802 | Fee simple | Unknown | $1,074,000.00 |

56.    **Total of Part 9.**                                                                    $9,954,348.10
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☐ Yes

**Part 10:     Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:     All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☐ Yes Fill in the information below.

**Current value of debtor's interest**

71.    **Notes receivable**
Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

Debtor    Monster Investments, Inc                                   Case number *(If known)* _____
           Name

           Hartford Insurance claim for fire loss of structure at 2400 Old
           Washington Road                                                                              Unknown

---

74.    **Causes of action against third parties (whether or not a lawsuit
        has been filed)**
        Avance Title and Soledad Herrerra
        Under investigation to determine extent of fraud and related
        damages                                                                                         Unknown
        **Nature of claim**        Fraud, Defalcation
        **Amount requested**              $0.00

---

75.    **Other contingent and unliquidated claims or causes of action of
        every nature, including counterclaims of the debtor and rights to
        set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
        country club membership

78.    **Total of Part 11.**                                                          |        $0.00 |

        Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   Monster Investments, Inc
         _____
         Name

Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $22,500.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $42,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ...........................................................> | | $9,954,348.10 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $64,500.00 | + 91b. $9,954,348.10 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $10,018,848.10 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: |
|---|

Debtor name __Monster Investments, Inc__

United States Bankruptcy Court for the: __DISTRICT OF MARYLAND__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A <br> **Amount of claim** <br> Do not deduct the value of collateral. | Column B <br> **Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** Broadmark Realty Capital <br> Creditor's Name <br><br> 309 E Paces Ferry Rd NE <br> Suite 400 <br> Atlanta, GA 30305 <br> Creditor's mailing address | Describe debtor's property that is subject to a lien <br> 2380 and 2400 Old Washington Rd., Waldorf, MD 20601 | $2,500,000.00 | $1,308,000.00 |

Describe the lien _____

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known _____

Date debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☑ Contingent
☑ Unliquidated
☑ Disputed

---

| **2.2** DLP Capital <br> Creditor's Name <br><br> 95 Highland Ave., Suite 300 <br> Bethlehem, PA 18017 <br> Creditor's mailing address | Describe debtor's property that is subject to a lien <br> 1456 Atlantic Breeze Way, Ponte Vedra, FL 32802 | $400,000.00 | $1,000,000.00 |

Describe the lien
Line of Credit, Secured in Florida Property

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known _____

Date debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor    Monster Investments, Inc
          _____
          Name

Case number (if known)    _____

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.3 | **FCI Lender Services, Inc.** | | |
|---|---|---|---|

Creditor's Name

P.O. Box 27370
Anaheim, CA 92809-0112

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number** 6580

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
37560 Charlotte Hall School Rd., Charlotte Hall, MD 20622

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

$373,493.31    $415,000.00

---

| 2.4 | **FCI Lender Services, Inc.** | | |
|---|---|---|---|

Creditor's Name

P.O. Box 27370
Anaheim, CA 92809-0112

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number** 1853

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
27290 Three Notch Road, Mechanicsville, MD 20659

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

$392,887.45    $435,000.00

---

| 2.5 | **FCI Lender Services, Inc.** | | |
|---|---|---|---|

Creditor's Name

P.O. Box 27370
Anaheim, CA 92809-0112

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
3057 Huntington Circle, Waldorf, MD 20602

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

$222,838.31    $230,000.00

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor   Monster Investments, Inc                                          Case number (if known)    _____
_____
         Name

**Is anyone else liable on this claim?**

**Date debt was incurred**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
1833
**Do multiple creditors have an interest in the same property?**         **As of the petition filing date, the claim is:**
■ No                                      Check all that apply
☐ Yes. Specify each creditor,             ■ Contingent
including this creditor and its relative   ■ Unliquidated
priority.                                  ■ Disputed

---

| 2.6 | FCI Lender Services, Inc. | **Describe debtor's property that is subject to a lien** | $246,074.56 | $300,000.00 |
|-----|---------------------------|------|------|------|

Creditor's Name                          953 Chandler Court, Waldorf MD, 20602

P.O. Box 27370
Anaheim, CA 92809-0112
Creditor's mailing address               **Describe the lien**
                                         Deed of Trust
                                         **Is the creditor an insider or related party?**
                                         ■ No
Creditor's email address, if known       ☐ Yes
                                         **Is anyone else liable on this claim?**
**Date debt was incurred**
                                         ■ No
                                         ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
5130
**Do multiple creditors have an interest in the same property?**         **As of the petition filing date, the claim is:**
■ No                                      Check all that apply
☐ Yes. Specify each creditor,             ■ Contingent
including this creditor and its relative   ■ Unliquidated
priority.                                  ■ Disputed

---

| 2.7 | FCI Lender Services, Inc. | **Describe debtor's property that is subject to a lien** | $319,501.43 | $670,000.00 |
|-----|---------------------------|------|------|------|

Creditor's Name                          40362 Dockser Drive, Mechanicsville, MD 20659

P.O. Box 27370
Anaheim, CA 92809-0112
Creditor's mailing address               **Describe the lien**
                                         Deed of Trust
                                         **Is the creditor an insider or related party?**
                                         ■ No
Creditor's email address, if known       ☐ Yes
                                         **Is anyone else liable on this claim?**
**Date debt was incurred**
                                         ■ No
                                         ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
9901
**Do multiple creditors have an interest in the same property?**         **As of the petition filing date, the claim is:**
■ No                                      Check all that apply
☐ Yes. Specify each creditor,             ■ Contingent
including this creditor and its relative   ■ Unliquidated
priority.                                  ■ Disputed

---

| 2.8 | NHN Properties, LLC | **Describe debtor's property that is subject to a lien** | $5,308,583.33 | $565,400.00 |
|-----|---------------------|------|------|------|

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

Debtor    Monster Investments, Inc _____    Case number (if known) _____
         Name

| | |
|---|---|
| Creditor's Name | 6027 Swanson Creek Ln., Hughesville, MD 20637 |
| PO Box 45122<br>Westlake, OH 44145 | |
| Creditor's mailing address | **Describe the lien** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| **Last 4 digits of account number** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ■ Disputed |

| 2.9 | Prestare, LLC | | | |
|---|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | $750,000.00 | $0.00 |
| | 21380 Lorain Rd. Ste. 201<br>Fairview Park, OH 44126 | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | **Last 4 digits of account number** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |
| | ■ No | ■ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated | | |
| | | ■ Disputed | | |

| 2.10 | Toorak Capital Partners, LLC | | | |
|---|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien**<br>8537 Sunset Lane, Broomes Island, MD 20615 | $164,500.00 | $470,000.00 |
| | 15 Maple Street<br>2nd Fl. W.<br>Summit, NJ 07901 | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | **Last 4 digits of account number** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 4 of 6

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor   Monster Investments, Inc
         _____          Case number (if known)  _____
         Name

■ No
☐ Yes. Specify each creditor,
   including this creditor and its relative
   priority.

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.1 1 | **Toyota Financial Services** | **Describe debtor's property that is subject to a lien** | $52,000.00 | $42,000.00 |
|---|---|---|---|---|

Creditor's Name

Asset Protection Department
PO Box 2958
Torrance, CA 90509-2958
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
2018 Toyota Tundra

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
12/2017

**Last 4 digits of account number**
1883

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **Washington Capital Partners** | **Describe debtor's property that is subject to a lien** | $1,800,000.00 | $175,721.07 |
|---|---|---|---|---|

Creditor's Name

2815 Hartland Road
Suite 200
Falls Church, VA 22043
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
7, 8, 14, 16, 18, 19, 27, 28, and 30 Shelton
Court, Indian Head, MD 20640

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $12,529,878.39 |
|---|---|---|

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 5 of 6

Debtor    Monster Investments, Inc
          _____          Case number (if known) _____
          Name

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name _Monster Investments, Inc_

United States Bankruptcy Court for the: _DISTRICT OF MARYLAND_

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| 3.1 **Nonpriority creditor's name and mailing address** <br> iFundCities <br> 448 N 10th Street <br> Suite 402 <br> Philadelphia, PA 19123 <br><br> **Date(s) debt was incurred** _ <br><br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _Commercial Loan_ <br><br> Is the claim subject to offset? ■ No ☐ Yes | $4,000,000.00 |

### Part 3:   List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b.  + | $ 4,000,000.00 |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ 4,000,000.00 |

**Fill in this information to identify the case:**

Debtor name    Monster Investments, Inc

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND

Case number (if known)  _____

☐ Check if this is an
  amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*  *Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest        Residential lease<br><br>State the term remaining    month to month<br><br>List the contract number of any government contract  _____ | Chris Hoffenbacher<br>12095 Hintze Place<br>Waldorf, MD 20601 |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest        Residential lease<br><br>State the term remaining    12/1/19-12/31/23<br><br>List the contract number of any government contract  _____ | Clarissa Platter<br>28 Shelton Court<br>Indian Head, MD 20640 |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest        Residential lease<br><br>State the term remaining    1/1/21-12/31/22<br><br>List the contract number of any government contract  _____ | Clinton Whittaker<br>3781 Red Berry Drive<br>Port Republic, MD 20676 |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest        Residential lease<br><br>State the term remaining    12/1/19-12/31/23<br><br>List the contract number of any government contract  _____ | Derrick Lyons<br>19 Shelton Court<br>Indian Head, MD 20640 |

Debtor 1  Monster Investments, Inc
   First Name        Middle Name        Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest — Residential lease

State the term remaining — month to month

List the contract number of any government contract — _____

Deverick Duncan
2380 Old Washington Road
Waldorf, MD 20601

---

**2.6.** State what the contract or lease is for and the nature of the debtor's interest — Residential lease

State the term remaining — 10/1/21-9/30/22

List the contract number of any government contract — _____

Eric Johnson
36029 Center Avenue
Chaptico, MD 20621

---

**2.7.** State what the contract or lease is for and the nature of the debtor's interest — Residential lease

State the term remaining — month to month

List the contract number of any government contract — _____

Francisco Cerrero
2400 Old Washington Road
Waldorf, MD 20601

---

**2.8.** State what the contract or lease is for and the nature of the debtor's interest — Residential lease

State the term remaining — 12/1/19-12/31/23

List the contract number of any government contract — _____

Gail Lyons
30 Shelton Court
Indian Head, MD 20640

---

**2.9.** State what the contract or lease is for and the nature of the debtor's interest — Residential lease

State the term remaining — month to month

List the contract number of any government contract — _____

Hardcharger Towing
12095 Hintze Place
Waldorf, MD 20601

---

**2.10.** State what the contract or lease is for and the nature of the debtor's interest — Residential lease

State the term remaining — 1/1/2020-12/31/21

List the contract number of any

Holly Clements
45016 Graves Road, Apt. A
Hollywood, MD 20636

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor 1  Monster Investments, Inc
     First Name          Middle Name         Last Name

Case number *(if known)* _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract _____ | _____ |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Residential lease | |
|---|---|---|---|
| | State the term remaining | month to month | Janet Gardner |
| | List the contract number of any government contract | _____ | 40362 Dockser Drive, Apt. B<br>Mechanicsville, MD 20659 |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Residential lease | |
|---|---|---|---|
| | State the term remaining | 12/1/19-12/2/22 | Jasmine Hill |
| | List the contract number of any government contract | _____ | 16 Shelton Court<br>Indian Head, MD 20640 |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Residential lease | |
|---|---|---|---|
| | State the term remaining | 1/13/21-1/12/22 | Jennifer Green |
| | List the contract number of any government contract | _____ | 27290 Three Notch Road, Apt. B<br>Mechanicsville, MD 20659 |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Residential lease | |
|---|---|---|---|
| | State the term remaining | 3/15/21-3/14/22 | Jennifer Last |
| | List the contract number of any government contract | _____ | 44721 Emma Lane<br>Hollywood, MD 20636 |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | Residential lease | |
|---|---|---|---|
| | State the term remaining | 1/1/21-12/31/22 | John & Kelly Lee |
| | List the contract number of any government contract | _____ | 8537 Sunset Drive<br>Broomes Island, MD 20615 |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | Residential lease | |
|---|---|---|---|
| | | | John Barnett<br>27290 Three Notch Road, Apt. C<br>Mechanicsville, MD 20659 |

Debtor 1  Monster Investments, Inc _____    Case number *(if known)* _____

    First Name          Middle Name          Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining    month to month | |
| List the contract number of any government contract    _____ | |
| **2.17.** State what the contract or lease is for and the nature of the debtor's interest    Residential lease | |
| State the term remaining    month to month | Jose Echeverria |
| List the contract number of any government contract    _____ | 3057 Huntington Circle<br>Waldorf, MD 20602 |
| **2.18.** State what the contract or lease is for and the nature of the debtor's interest    Residential lease | |
| State the term remaining    12/1/19-12/31/23 | Joy Keys |
| List the contract number of any government contract    _____ | 18 Shelton Court<br>Indian Head, MD 20640 |
| **2.19.** State what the contract or lease is for and the nature of the debtor's interest    Residential lease | |
| State the term remaining    1/1/21-12/31/22 | Karen Lee |
| List the contract number of any government contract    _____ | 45016 Graves Road, Apt. C<br>Hollywood, MD 20636 |
| **2.20.** State what the contract or lease is for and the nature of the debtor's interest    Residential lease | |
| State the term remaining    9/1/21-8/31/22 | Kimberly White |
| List the contract number of any government contract    _____ | 29823 Hillview Drive<br>Mechanicsville, MD 20659 |
| **2.21.** State what the contract or lease is for and the nature of the debtor's interest    Residential lease | |
| State the term remaining    month to month | Latarsha Bannister |
| List the contract number of any government contract    _____ | 14 Shelton Court<br>Indian Head, MD 20640 |

Debtor 1   Monster Investments, Inc
          First Name          Middle Name          Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | Residential lease | |
|---|---|---|---|
| | State the term remaining | 1/1/20-12/31/22 | Lenette Penny |
| | List the contract number of any government contract | _____ | 7 Shelton Court<br>Indian Head, MD 20640 |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | Residential lease | |
|---|---|---|---|
| | State the term remaining | 12/1/19-12/31/23 | Lisa Patopie |
| | List the contract number of any government contract | _____ | 27 Shelton Court<br>Indian Head, MD 20640 |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | Residential lease | |
|---|---|---|---|
| | State the term remaining | month to month | Michael Perry |
| | List the contract number of any government contract | _____ | 37560 Charlotte Hall School Road<br>Charlotte Hall, MD 20622 |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | Residential lease | |
|---|---|---|---|
| | State the term remaining | month to month | Mike Gardner |
| | List the contract number of any government contract | _____ | 40362 Dockser Drive, Apt. B<br>Mechanicsville, MD 20659 |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | Residential lease | |
|---|---|---|---|
| | State the term remaining | month to month | Nicholas Higgins |
| | List the contract number of any government contract | _____ | 40362 Dockser Drive, Apt. A<br>Mechanicsville, MD 20659 |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | Residential lease | |
|---|---|---|---|
| | State the term remaining | 6/1/21-5/31/22 | Rexine Hughes |
| | List the contract number of any | | 45016 Graves Road, Apt. D<br>Hollywood, MD 20636 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor 1   Monster Investments, Inc                                    Case number *(if known)* _____

First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
|     government contract _____ | _____ |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | Residential lease | |
|---|---|---|---|
| | State the term remaining | 1/1/20-12/31/22 | Ruth Keys |
| | List the contract number of any government contract | _____ | 8 Shelton Court Indian Head, MD 20640 |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | Residential lease | |
|---|---|---|---|
| | State the term remaining | 8/1/21-7/31/22 | Sharonda King |
| | List the contract number of any government contract | _____ | 2380 Old Washington Road Waldorf, MD 20601 |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | Residential lease | |
|---|---|---|---|
| | State the term remaining | 1/1/21-12/31/22 | Stacy Baker |
| | List the contract number of any government contract | _____ | 45016 Grave Road, Apt. B Hollywood, MD 20636 |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | Residential lease | |
|---|---|---|---|
| | State the term remaining | 11/1/20-10/31/21 | Stacy Martin |
| | List the contract number of any government contract | _____ | 27290 Three Notch Road, Apt. A Mechanicsville, MD 20659 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name ___Monster Investments, Inc___

United States Bankruptcy Court for the: ___DISTRICT OF MARYLAND___

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Donald Bernard | 6024 Swanson Creek Lane<br>Hughesville, MD 20637<br>Entered July 23, 2021 | NHN Properties, LLC | ■ D ___2.8___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | Lorressa Dawn Robinson | a/k/a Lorressa Dawn Welch<br>6026 Swanson Creek<br>Hughesville, MD 20637<br>Entered July 23, 2021 | NHN Properties, LLC | ■ D ___2.8___<br>☐ E/F _____<br>☐ G _____ |

# United States Bankruptcy Court
## District of Maryland

In re    Monster Investments, Inc            Case No. _____

                        Debtor(s)        Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Donald Bernard<br>6024 Swanson Creek Lane<br>Hughesville, MD 20637 | | 100% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    October 19, 2021                Signature    /s/ Donald Bernard

                                                                  Donald Bernard

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Maryland

In re    Monster Investments, Inc                                         Case No.

                                       Debtor(s)           Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    October 19, 2021                       /s/ Donald Bernard

                                             Donald Bernard/President
                                             Signer/Title

Broadmark Realty Capital
309 E Paces Ferry Rd NE
Suite 400
Atlanta, GA 30305


Chris Hoffenbacher
12095 Hintze Place
Waldorf, MD 20601


Clarissa Platter
28 Shelton Court
Indian Head, MD 20640


Clinton Whittaker
3781 Red Berry Drive
Port Republic, MD 20676


Derrick Lyons
19 Shelton Court
Indian Head, MD 20640


Deverick Duncan
2380 Old Washington Road
Waldorf, MD 20601


DLP Capital
95 Highland Ave., Suite 300
Bethlehem, PA 18017


Eric Johnson
36029 Center Avenue
Chaptico, MD 20621


FCI Lender Services, Inc.
P.O. Box 27370
Anaheim, CA 92809-0112

Ford Motor Cedit Company, LLC
1335 S. Clearview Avenue
Mesa, AZ 85208


Francisco Cerrero
2400 Old Washington Road
Waldorf, MD 20601


Gail Lyons
30 Shelton Court
Indian Head, MD 20640


Hardcharger Towing
12095 Hintze Place
Waldorf, MD 20601


Holly Clements
45016 Graves Road, Apt. A
Hollywood, MD 20636


iFundCities
448 N 10th Street
Suite 402
Philadelphia, PA 19123


Janet Gardner
40362 Dockser Drive, Apt. B
Mechanicsville, MD 20659


Jasmine Hill
16 Shelton Court
Indian Head, MD 20640


Jason Neil Greenberg, Esq.
502 Washington Ave.
Suite 730
Towson, MD 21204

Jennifer Green
27290 Three Notch Road, Apt. B
Mechanicsville, MD 20659


Jennifer Last
44721 Emma Lane
Hollywood, MD 20636


John & Kelly Lee
8537 Sunset Drive
Broomes Island, MD 20615


John Barnett
27290 Three Notch Road, Apt. C
Mechanicsville, MD 20659


Jose Echeverria
3057 Huntington Circle
Waldorf, MD 20602


Joy Keys
18 Shelton Court
Indian Head, MD 20640


Karen Lee
45016 Graves Road, Apt. C
Hollywood, MD 20636


Kimberly White
29823 Hillview Drive
Mechanicsville, MD 20659


Latarsha Bannister
14 Shelton Court
Indian Head, MD 20640

Lenette Penny
7 Shelton Court
Indian Head, MD 20640


Lisa Patopie
27 Shelton Court
Indian Head, MD 20640


Michael Perry
37560 Charlotte Hall School Road
Charlotte Hall, MD 20622


Mike Gardner
40362 Dockser Drive, Apt. B
Mechanicsville, MD 20659


NHN Properties, LLC
PO Box 45122
Westlake, OH 44145


Nicholas Higgins
40362 Dockser Drive, Apt. A
Mechanicsville, MD 20659


Peroutka, Miller, Klima & Peters, P.A.
8028 Ritchie Highway, Ste 300
Pasadena, MD 21122


Prestare, LLC
21380 Lorain Rd. Ste. 201
Fairview Park, OH 44126


Rexine Hughes
45016 Graves Road, Apt. D
Hollywood, MD 20636

Ruth Keys
8 Shelton Court
Indian Head, MD 20640


Sharonda King
2380 Old Washington Road
Waldorf, MD 20601


Silverman Theologou lLP
11200 Rockville Pike, Ste 520
N. Bethesda, MD 20852


Stacy Baker
45016 Grave Road, Apt. B
Hollywood, MD 20636


Stacy Martin
27290 Three Notch Road, Apt. A
Mechanicsville, MD 20659


Toorak Capital Partners, LLC
15 Maple Street
2nd Fl. W.
Summit, NJ 07901


Toyota Financial Services
Asset Protection Department
PO Box 2958
Torrance, CA 90509-2958


Washington Capital Partners
2815 Hartland Road
Suite 200
Falls Church, VA 22043

# United States Bankruptcy Court
## District of Maryland

In re   Monster Investments, Inc

Debtor(s)

Case No.

Chapter   11

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  Monster Investments, Inc  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

October 19, 2021

Date

/s/ Michael G. Wolff

Michael G. Wolff 10269

Signature of Attorney or Litigant

Counsel for   Monster Investments, Inc

Wolff & Orenstein, LLC

15245 Shady Grove Road
North Lobby, Suite 465
Rockville, MD 20850
301-250-7232 Fax:301-816-0592
mwolff@wolawgroup.com