**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | |
|---|---|
| **IN RE:** | * |
| **MONSTER INVESTMENTS, INC.** | *   Case No. 21-16592-LSS |
| | Chapter 11 |
| **Debtor-In-Possession** | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**RESPONSE TO MOTIONS FOR RELIEF FROM AUTOMATIC STAY**

COMES NOW MONSTER INVESTMENTS, INC. (the "Debtor"), debtor-in-possession herein, by and through its counsel MICHAEL G. WOLFF and WOLFF & ORENSTEIN, LLC, and hereby responds to the Motions for Relief From Automatic Stay filed by PS Funding, Inc. ("Movant") at Docket Nos. 23, 24, 25, 26, and 27 (together the "Motions"), and in support thereof states as follows:

1. The Debtor commenced the instant case by filings its voluntary petition for relief under Chapter 11 of the Bankruptcy Code on October 19, 2021 (the "Petition Date").

2. On November 15, 2021, the Office of the United States Trustee conducted and concluded the Debtor's Section 341 Meeting of Creditors.

3. On November 17, 2021, Movant filed the Motions, seeking relief from the automatic stay to allow PS to foreclose upon the following properties (together, the "Properties"):

   a) 40362 Dockser Drive, Mechanicsville, MD 20659 (the "Dockser Property"), at Doc. No. 23 (the "First Motion");

   b) 27290 Three Notch Road, Mechanicsville, MD 20659 (the "Three Notch Property"), at Doc. No. 24 (the "Second Motion");

c) 37560 Charlotte Hall School Road, Charlotte Hall, MD 20622 (the "Charlotte Hall Property"), at Doc. No. 25 (the "Third Motion");

d) 953 Chandler Court, Waldorf, MD 20602 (the "Chandler Property"), at Doc. No. 26 (the "Fourth Motion"); and

e) 3057 Huntington Circle, Waldorf, MD 20602 (the "Huntington Circle Property"), at Docket No. 27 (the "Fifth Motion").

4. IFP Fund I, LLC filed its Limited Objection to the Motions, at Docket No. 36 (the "IFP Objection"), stating that Avance Title failed to properly transact and/or record a refinance of the Movant's Deeds of Trust to Deeds of Trust held by IFP Fund I, LLC, satisfying Movant's Deeds of Trust in the process.

5. In each and every of the Motions, the Debtor admits the allegations in Paragraphs 1 and 2.

6. In each and every of the Motions, the Debtor denies the allegations in Paragraphs 3-19 and demands strict proof of the same.

7. There is substantial equity in each of the Properties, whose schedule values exceed the respective amounts alleged due and owing by the Movant in its Motions.

8. Each of the Properties is insured.

9. The Debtor alleges that there was fraud or defalcation in connection with multiple real estate closings conducted by Avance Title, and that liens may not have been satisfied or properly recorded in several real estate closings.

10. The Debtor shares the concerns stated in the IFP Objection, and as the Debtor stated at the Debtor's Section 341 Meeting of Creditors, it will take time to

adequately investigate and resolve the potentially unauthorized acts of Avance Title with respect to the Debtor's real property, including the Properties which are the subject of the pending motions.

11. In addition to a need to determine which of the Debtor's secured creditors claims are not valid due to unauthorized acts of third parties with respect to the Debtor's real property, the Debtor further desires the opportunity to marshal its assets to fairly satisfy the claims of all secured creditors, rather than have any properties liquidated for less than the best available market value and in order to minimize the prejudice to third parties including the Debtor's other creditors and the tenants in the Debtor's rental properties.

## **AFFIRMATIVE DEFENSES**

12. Movant is adequately protected.

13. The Properties are necessary for the Debtor's reorganization.

14. Movant failed to demonstrate cause for lifting the automatic stay.

WHEREFORE, the Debtor respectfully requests this Court enter an Order:

A. Denying relief from the automatic stay; and

B. Granting such other and further relief as equity and justice require.

Respectfully submitted,

Dated: December 1, 2021         \s\ Michael G. Wolff                    .

Michael G. Wolff, Esq. (#10269)
Wolff & Orenstein, LLC
15245 Shady Grove Road
Suite 465, North Lobby
Rockville, MD  20850
(301) 250-7232
Email: Mwolff@wolawgroup.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY, that on this 1st day of December, 2021, I served a copy of the foregoing Response to Motions for Relief From Automatic Stay by CM/ECF to:

Lisa Yonka Stevens
Indira K. Sharma
Diana C. Theologou

                                  \s\ Michael G. Wolff                .

                                  Michael G. Wolff, Esq. (#10269)