Entered: January 4th, 2022
Signed: January 4th, 2022
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **21−16592 − LSS**   Chapter: **11**

**Monster Investments, Inc**
Debtor

## ORDER GRANTING MOTION FOR
## FEDERAL BANKRUPTCY RULE 2004 EXAMINATION
### (Other Than Debtor)

Upon consideration of the Motion of the Debtor for a Federal Bankruptcy Rule 2004 Examination of Avance Title, LLC, and it appearing that cause exists for the requested Rule 2004 Examination, it is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the motion is granted; and it is further

ORDERED, that the Movant may examine the above−named party pursuant to Federal Bankruptcy Rule 2004; and it is further

ORDERED, that, as provided by Federal Bankruptcy Rule 2004(c), the attendance of such entity for examination and the production of documentary evidence may be compelled in the manner provided in Federal Bankruptcy Rule 9016 for the attendance of witnesses at a hearing or trial, or as otherwise provided by applicable law.

cc:   Debtor
      Attorney for Debtor – Michael G. Wolff
      Movant's Attorney – Jeffrey M. Orenstein
      Witness – Avance Title, LLC

### End of Order

41x02 (rev. 05/22/1990) – EricaCumberland