Entered: March 1st, 2022
Signed: March 1st, 2022
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| IN RE: | * | |
| MONSTER INVESTMENTS, INC. | * | Case No. 21-16592-LSS<br>Chapter 11 |
| Debtor-in-Possession | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### CONSENT ORDER EXTENDING TIME FOR
### DEBTOR TO RESPOND TO MOTION TO CONVERT TO
### CHAPTER 7 OR, IN THE ALTERNATIVE, TO APPOINT CHAPTER 11 TRUSTEE

UPON CONSIDERATION of the Motion to Extend Time for Debtor to Respond to Motion to Convert to Chapter 7 or, in the Alternative, to Appoint Chapter 11 Trustee (the "Motion"), WCP Fund I, LLC having consented to the Motion, and good cause appearing for the relief requested in the Motion, it is this day by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Motion be, and the same hereby is, GRANTED; and it is further

ORDERED, that the time for the Debtor to respond to the Motion to Convert to Chapter 7 or, in the Alternative, to Appoint Chapter 11 Trustee be, and hereby is, EXTENDED to and including March 10, 2022.

1

cc:

Jeffrey M. Orenstein, Esq.
Wolff & Orenstein, LLC
15245 Shady Grove Road
Suite 465
Rockville, Maryland 20850

Maurice B. Verstandig, Esq.
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854

Lisa Yonka Stevens, Esq.
Office of the US Trustee
6305 Ivy Lane, Suite 600
Greenbelt, Maryland 20770

SEEN AND AGREED AS TO FORM AND CONTENT:


/s/ Jeffrey M .Orenstein
Jeffrey M. Orenstein, Esq.
Wolff & Orenstein, LLC
Shady Grove Plaza
15245 Shady Grove Road, Suite 465
Rockville, MD 20850
(301) 250-7232
jorenstein@wolawgroup.com

Counsel to the Debtor


/s/ Maurice B. VerStandig
MAURICE B. VERSTANDIG (#18071)
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com

Counsel for WCP Fund I LLC

CERTIFICATION OF SIGNATURES

    I HEREBY CERTIFY that the terms of this Order are identical to those set forth in the original Order; and that signatures represented by the /s/ on this copy reference the signatures of consenting parties on the original Order.

/s/ Jeffrey M. Orenstein
Jeffrey M. Orenstein

**END OF ORDER**